# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

**CHRISTOPHER LEE MITCHELL**
and **VIRGINIA ELLISON,**

Plaintiffs,

v.  No. 2:20-cv-02444

**WELLS FARGO BANK, N.A.,**   **JURY DEMANDED**

Defendant.

## JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT

Plaintiffs, Christopher Lee Mitchell and Virginia Ellison ("Plaintiffs"), and Defendant, Wells Fargo, N.A. ("Defendant"), jointly move this Court for an Order approving the settlement of the Plaintiffs' Fair Labor Standards Act ("FLSA") claims. In support of their motion, the parties state that the resolution is a fair and reasonable compromise of all issues in dispute and was achieved in an adversarial context by attorneys who were well equipped to protect each party's rights. In further support of this Motion, the parties file a memorandum of law contemporaneously herewith.

Date: June 22, 2023.                    Respectfully submitted,


                                        */s/J. Russ Bryant*
                                        J. Russ Bryant (TN # 33830)
                                        **JACKSON SHIELDS YEISER HOLT OWEN & BRYANT**
                                        262 German Oak Drive
                                        Memphis, Tennessee 38018
                                        (901) 754-8001
                                        *rbryant@jsyc.com*

                                        *Counsel for Plaintiffs*

                                                &

                                        */s/ Timothy M. Watson* (*with permission*)
                                        Timothy M. Watson
                                        (*Pro Hac Vice* Admission)
                                        Texas Bar No. 20963575
                                        twatson@seyfarth.com
                                        John P. Phillips
                                        (*Pro Hac Vice* Admission)
                                        Texas Bar No. 24083659
                                        jphillips@seyfarth.com
                                        **SEYFARTH SHAW LLP**
                                        700 Milam Street, Suite 1400
                                        Houston, TX 77002-2812
                                        Telephone: (713) 225-2300
                                        Facsimile: (713) 225-2340

                                        *Counsel for Defendant*


## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically on this 22nd day of June, 2023.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties listed below. Parties may access this filing through the Court's electronic filing system.

                                        */s/J. Russ Bryant*
                                        J. Russ Bryant