# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER LEE MITCHELL, Individually, and on behalf of themselves and others similarly situated, and VIRGINIA ELLISON, Individually, and on behalf of themselves and others similarly situated, ) ) ) ) ) ) Plaintiffs, ) ) v. ) ) WELLS FARGO BANK, N.A., ) ) Defendant. ) | No. 2:20-cv-02444-TLP-atc<br><br>JURY DEMAND |

## ORDER GRANTING MOTION FOR FLSA SETTLEMENT APPROVAL

The parties jointly move for approval of settlement under the Fair Labor Standards Act ("FLSA"). (ECF No. 88.) And the parties submitted their proposed settlement agreement for inspection and review. (*See* ECF No. 88-2.) Having reviewed the joint motion (ECF No. 88) and the proposed settlement agreement (ECF No. 88-2), the Court finds that the parties' agreement is a fair and reasonable resolution of Plaintiffs' claims. The Court, therefore, **GRANTS** the joint motion for FLSA settlement approval. Once the parties file a stipulation of dismissal, the Court can consider entering judgment under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**SO ORDERED**, this 22nd day of June, 2023.

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE