# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER LEE MITCHELL, Individually, and on behalf of themselves and others similarly situated, and VIRGINIA ELLISON, Individually, and on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | No. 2:20-cv-02444-TLP-atc <br><br> JURY DEMAND |

## JUDGMENT

**JUDGMENT BY THE COURT**. This action came before the Court on Plaintiff's Complaint, filed on June 23, 2020. (ECF No. 1.) In accordance with the Stipulation of Dismissal (ECF No. 90), agreed to by the parties in the case and under Federal Rules of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**. Each party shall bear their own costs and attorneys' fees.

**APPROVED:**

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

September 12, 2023
Date